IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT MCKINNON, III,

    Petitioner,

v.                                    1:14cv227–WS/CJK

JULIE L. JONES,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed March 30, 2016. See Doc. 94. The magistrate judge recommends that the petitioner's second amended petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 95) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 94) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's second amended petition for writ of habeas corpus (doc. 35), challenging the judgment and conviction in *State of Florida v. Robert McKinnon, III*, Alachua County Circuit Case No. 10–CF–001293, is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability and leave to appeal in forma pauperis are DENIED.

DONE AND ORDERED this   18th   day of   May  , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.